

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

DHARA GAYLE HOGG, §

Appellant, §

v. §

LYNCH, CHAPPELL & ALSUP, P.C., §

Appellee. §

§

No. 08-14-00187-CV

Appeal from the

143rd District Court

of Ward County, Texas

(TC# 14-03-23274-CVW)

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the trial court's order denying Appellant's motion to compel arbitration. We therefore affirm the trial court's order denying Appellant's motion to compel arbitration. We further order that Appellee recover from Appellant all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF NOVEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.